**Opinion issued February 5, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00720-CV

_____

**RUOHAN XIA, Appellant**

**V.**

**SPRINGFIELD COMMUNITY IMPROVEMENT ASSOCIATION, INC.,**
**Appellee**

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 129498-CV**

---

### MEMORANDUM OPINION

Appellant Ruohan Xia's brief was due to be filed on December 4, 2025. On December 11, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to the Court's notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP.

P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.